IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00665-WDM-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1557 SOUTH XENON COURT,

    Defendant.

_____

## ORDER STRIKING ANSWER
_____

The answer of Washington Mutual Bank, claimant, is stricken as it is signed by an alleged officer of the corporation and not an attorney authorized to practice law in this court. It is the law of this Circuit that a corporation may appear in this court only by representation of a duly licensed attorney. *Flora Construction Co. v. Fireman's Fund Insurance Co.,* 307 F.2d 413, 414 (10th Cir. 1962); D.C.COLO.LCivR 11.

Accordingly, the answer filed on behalf of Washington Mutual Bank is stricken.

DATED at Denver, Colorado, on October 21, 2005.

                                BY THE COURT:

                                /s/ Walker D. Miller
                                United States District Judge