IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00665-WDM-PAC

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

1557 SOUTH XENON COURT,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Washington Mutual Bank's Motion for an Order Permitting the Late Filing of Answer to Complaint for Forfeiture *In Rem* and Statement of Interest [filed December 12, 2005; Doc. No. 21] is **GRANTED** as follows:

    Washington Mutual Bank's Answer to Complaint for Forfeiture In Rem [filed December 8, 2005; Doc. No. 20] shall be deemed as timely filed.

Dated:  December 19, 2005