IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00665-WDM-PAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1557 SOUTH XENON COURT,

        Defendant.

_____

## FINAL ORDER OF FORFEITURE
_____

        THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

        THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881,

        THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule C(4);

        THAT the United States and sole Claimant Washington Mutual have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute.

        THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of the defendant property; and

        THAT it further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of defendant 1557 Xenon Court, more particularly described as Lot 28, Block 107, Green Mountain Village Filing No. 19, Jefferson County, Colorado shall enter in favor of the United States.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the United States shall pay from the proceeds of the sale the amounts agreed to in the parties Settlement Agreement.

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465.

DATED at Denver, Colorado, on July 11, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge